SANDRA E. STONE (SBN 161267); sstone@plawp.com
ANDREW P. COLLIER (SBN 232647); acollier@plawp.com
LHB PACIFIC LAW PARTNERS, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
Tel: (510) 841-7777
Fax: (510) 841-7776

ATTORNEYS FOR DEFENDANT
State Farm General Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| FOREST MEADOWS OWNERS ASSOCIATION,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY.<br><br>      Defendant. | Case No.: 11-CV-01642-AWI-SKO<br><br>**ORDER RESETTING MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed with:*<br>Stipulation of Counsel<br><br>Date: February 6, 2012<br>Time: 1:30 p.m.<br><br>Ctrm: #2<br>Judge Anthony W. Ishii |

///
///
///
///
///
///
///

1

Case No.: 11-CV-01642-AWI-SKO                    [Proposed] Order re: Cross Summary Judgment Motions

1  The parties to this matter, Plaintiff Forest Meadows Owners Association ("Forest
2  Meadows") and Defendant State Farm General Insurance Company ("State Farm") (Forest
3  Meadows and State Farm collectively "Parties") through their respective counsel, having filed a
4  stipulation regarding the scheduling of cross-motions for Summary Judgment;

5  **FOR GOOD CAUSE APPEARING, IT IS ORDERED** that:

6  - The hearing on Plaintiff's Motion for Partial Summary Judgment currently set for
7  February 6, 2012 is continued to April 2, 2012 at 1:30 p.m. to be heard on the same date
8  and time as State Farm's Motion for Summary Judgment.

9  - The Court will disregard any request by Plaintiff in its Motion for Partial Summary
10 Judgment for a ruling or finding as to any specific amount of damages.

13 IT IS SO ORDERED.

14 Dated:  January 17, 2012                       _____
15                                                CHIEF UNITED STATES DISTRICT JUDGE

2

Case No.: 11-CV-01642-AWI-SKO          [Proposed] Order re: Cross Summary Judgment Motions