# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST MEADOWS OWNERS ASSOCIATION,<br><br>             Plaintiff,<br><br>        v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>             Defendant.<br>_____/ | CASE NO. 1:11-cv-01642-AWI-SKO<br><br>**ORDER RESETTING SCHEDULING CONFERENCE**<br><br>(Docket No. 19) |

On December 9, 2011, Plaintiff filed a motion for summary judgment and noticed a hearing on that motion for February 6, 2012.  (Doc. 9.)  On January 12 and 13, 2012, the parties filed stipulated requests that the hearing on Plaintiff's pending motion for summary judgment be reset to April 2, 2012, and that the scheduling conference currently set for February 2, 2012, be reset to a date after the motion for summary judgment has been decided.  In their stipulated request to reset the scheduling conference, the parties requested that initial disclosures be continued until 30 days after the district court decides the pending motion for summary judgment and requested that a hold be placed on all discovery until after the motion is decided.

As the parties' request to reset the hearing on the pending summary judgment motion has been granted (*see* Doc. 22), the scheduling conference shall also be reset.

Accordingly, IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for February 2, 2012, at 9:30 a.m. in Courtroom 8 is VACATED and RESET to May 15, 2012, at 10:00 a.m. in Courtroom 7; and

2. Discovery deadlines, including initial disclosures, shall not be set until the Court issues a scheduling order pursuant to the May 15, 2012, scheduling conference.

IT IS SO ORDERED.

**Dated:   January 19, 2012**               /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE