**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOREST MEADOWS OWNERS ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | 1:11-cv-1642-AWI-SKO<br><br>ORDER VACATING HEARING DATE OF APRIL 2, 2012 AND TAKING MATTER UNDER SUBMISSION |

Plaintiff Forest Meadows Owners Association and defendant State Farm General Insurance Company have filed competing motions for summary judgment, set for hearing on April 2, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The scheduled hearing date of April 2, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 29, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE