IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FOREST MEADOWS OWNERS ASSOCIATION, | ) ) ) | 1:11-cv-01642-AWI-SKO |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| STATE FARM GENERAL INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Forest Meadows Owners Association ("Plaintiff") and defendant State Farm General Insurance Company ("Defendant") filed competing motions for summary judgment. On April 10, 2012, the Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, denied Plaintiff's motion for summary judgment and granted Defendant's motion for summary judgment. Accordingly, it is hereby ordered and adjudged that Plaintiff take nothing, that the action be dismissed on the merits and that Defendant recover its costs. The Court directs Defendant to file a memorandum of costs within fourteen days of entry of this judgment.

IT IS SO ORDERED.

Dated: April 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE